Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ALMA SANCHEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALMA SANCHEZ, et al<br><br>    Defendants. | Case No.: 1: 22 CR 267 JLT/SKO<br><br>Stipulation and Order To Continue Sentencing date and Modify PreSentence Investigation Referral Schedule |

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. That the sentencing date be continued from May 30, 2023 until June 26, 2023 and the PreSentence Investigation Referral schedule be modified to allow defense counsel sufficient time for investigation and preparation for sentencing. Defense counsel has consulted with his client, who is in custody, and she is agreeable to the requested continuance. Defense counsel also consulted with the assigned United States Probation Officer who had no objection to the proposed continuance.

1

2. The parties have agreed upon the following schedule:

| | |
|---|---|
| Judgement and Sentencing date: | June 26, 2023 |
| Reply or Statement of Non-Opposition: | June 19, 2023 |
| Formal Objections to the PSR filed and served: | June 12, 2023 |
| Final PSR filed and disclosed to counsel no later than: | June 5, 2023 |
| Informal Objections To PSR delivered to USPO and counsel: | May 22, 2023 |

It is so stipulated and agreed.

Dated: April _24_, 2023    PHILLIP A. TALBERT, UNITED STATES ATTY

　　　　　　　　　　　　　　　　　　　　_s/ Antonio Pataca_____
　　　　　　　　　　　　　　　　　　　　ANTONIO PATACA
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: April __24, 2023    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s Kevin Rooney
　　　　　　　　　　　　　　　　　　　　KEVIN P. ROONEY
　　　　　　　　　　　　　　　　　　　　Attorney for defendant
　　　　　　　　　　　　　　　　　　　　ALMA SANCHEZ

<u>ORDER</u>

IT IS SO ORDERED, pursuant to the stipulation of the parties, that sentencing date in this matter is continued to June 26, 2023 and that the Presentence Investigation Referral schedule is modified as specified in the parties' stipulation.

IT IS SO ORDERED.

Dated:   **April 25, 2023**

　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE