Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ALMA SANCHEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALMA SANCHEZ, et al <br><br> Defendants. | Case No.: 1: 22 CR 267 JLT/SKO <br><br> Stipulation and Order To Continue Sentencing Date and Provide Defense Copies Of Documents Relied Upon In the PreSentence Report |

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. That the sentencing date be continued from June 26, 2023 until August 14, 2023. Defense counsel has consulted with his client, who is in custody, and she is agreeable to the requested continuance. Defense counsel also consulted with the assigned United States Probation Officer who had no objection to the proposed continuance.

2. That defense counsel be provided copies of documents relied upon by the United States Probation Officer in preparing the Criminal History section of the Presentence Report unless the Probation Office determines that providing those documents poses a safety or security risk to anyone. Defense counsel consulted with the assigned United States

Probation Officer who advised that copies of those materials cannot be provided without a court order. The Probation Officer also advised that those documents consist of Court Abstracts of Judgement provided by the California Department of Corrections and Ms. Sanchez' probation report(s) from at least one alleged prior conviction.

It is so stipulated and agreed.

Dated: June 12, 2023          PHILLIP A. TALBERT, UNITED STATES ATTY

                                          _s/ Antonio Pataca____
                                          ANTONIO PATACA
                                          Assistant United States Attorney

Dated: June 12, 2023          Respectfully submitted,

                                          /s Kevin Rooney
                                          KEVIN P. ROONEY
                                          Attorney for defendant
                                          ALMA SANCHEZ

**ORDER**

IT IS SO ORDERED, pursuant to the stipulation of the parties, that sentencing date in this matter is continued to August 14, 2023.

IT IS FURTHER ORDERED that defense counsel be provided copies of all documents relied upon by the United States Probation Officer in preparing the Criminal History section of the Presentence Report, including but not limited to, Abstracts of Judgement and probation reports relating to defendant Alma Sanchez, unless the Probation Office determines that providing any specific document(s) poses a safety or security risk to anyone.

IT IS SO ORDERED.

Date: June 13, 2023

                                          Hon. Jennifer L. Thurston
                                          United States District Judge