Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ALMA SANCHEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   vs.<br><br>ALMA SANCHEZ, et al<br><br>         Defendants. | Case No.: 1: 22 CR 267 JLT/SKO<br><br>Stipulation and Order To Continue Sentencing Date |

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. That the sentencing date be continued from August 14, 2023 until September 25, 2023. Defense counsel has consulted with his client, who is in custody, and she is agreeable to the requested continuance. It is so stipulated and agreed.

Dated: August 10, 2023               PHILLIP A. TALBERT, UNITED STATES ATTY

                                     _s/ Antonio Pataca_____
                                     ANTONIO PATACA
                                     Assistant United States Attorney


Dated:  August 10, 2023              Respectfully submitted,

                                      /s Kevin Rooney
                                     KEVIN P. ROONEY
                                     Attorney for defendant
                                     ALMA SANCHEZ

**ORDER**

IT IS SO ORDERED, pursuant to the stipulation of the parties, that sentencing date in this matter is continued to September 25, 2023.

IT IS SO ORDERED.

Dated:   **August 11, 2023**

_____
UNITED STATES DISTRICT JUDGE