Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ALMA SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ALMA SANCHEZ,<br><br>            Defendant. | Case No.  1:22-cr-00267-JLT-SKO-3<br><br>**MOTION TO TERMINATE APPOINTMENT OF KEVIN P. ROONEY AS ATTORNEY OF RECORD AND ORDER** |

On October 5, 2022, Defendant Alma Sanchez was indicted on federal charges. Attorney Kevin P. Rooney was appointed as trial counsel to represent Ms. Sanchez on October 7, 2022 in her criminal case.  Ms. Sanchez was sentenced pursuant to a plea agreement on February 13, 2023.  The time for filing a direct appeal has passed.  No direct appeal was filed. Ms. Sanchez was in custody at sentencing.  The trial phase of Ms. Sanchez's criminal case has, therefore, come to an end.   Having completed his representation of Ms. Sanchez, Attorney Kevin P. Rooney now moves to terminate his appointment under the Criminal Justice Act.

///

///

Should Ms. Sanchez require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated: October 17, 2023                    Respectfully submitted,

/s/ Kevin Rooney
Kevin P. Rooney,
Attorney for Defendant,
ALMA SANCEHZ

**ORDER**

Having reviewed the notice and found that Attorney Kevin P. Rooney has completed the services for which he was appointed, the Court hereby grants Attorney Rooney's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Alma Sanchez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

ALMA GONZALEZ AKA ALMA SANCHEZ-GONZALEZ
JID #1790626, BOOKING #2228010
PO BOX 872
FRESNO CA 93712-0872

IT IS SO ORDERED.

Dated:   **October 18, 2023**                    /s/ Jennifer L. Thurston
                                                  UNITED STATES DISTRICT JUDGE